**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-1098**

---

SAM WRIGHT, JR.,

Plaintiff - Appellant,

versus

FEDERICO F. PENA, SECRETARY, DEPARTMENT OF
TRANSPORTATION,

Defendant - Appellee.

---

**No. 96-1429**

---

SAM WRIGHT, JR.,

Plaintiff - Appellant,

versus

FEDERICO F. PENA, SECRETARY, DEPARTMENT OF
TRANSPORTATION,

Defendant - Appellee.

---

Appeals from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria. T.S. Ellis III, District Judge.
(CA-95-1406-A)

---

Submitted: January 28, 1997          Decided: March 5, 1997

Before HALL and MURNAGHAN, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Sam Wright, Jr., Appellant Pro Se. Marc R. Hillson, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders granting the employer's motion to dismiss and motion for summary judgment in Appellant's civil action filed pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17 (1994), and the Age Discrimination in Employment Act, 29 U.S.C. §§ 621-634 (1994). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Wright v. Pena, No. CA-95-1406-A (E.D. Va. Mar. 15, 1996; Jan. 4, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED